KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email:   khenderson@wsgr.com
         dsavage@wsgr.com

*Attorneys for Defendants
and Nominal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION DERIVATIVE LITIGATION | Lead Case No.: 3:24-cv-00247-RFL <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING ACTIONS** |
| This Document Relates To: <br><br> ALL ACTIONS. | |

[CAPTION CONTINUED ON NEXT PAGE]

| | |
|---|---|
| GALEN BRADFORD and GARY BROWN, derivatively on behalf of SUNPOWER CORPORATION, | ) Case No.: 3:24-cv-02799-RFL )  )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATHANIEL ANSCHUETZ, JONATHAN BRAM, GUTHRIE DUNDAS, ELIZABETH EBY, PETER FARICY, JONATHAN FIELDSEND, VINAYAK HEGDE, STEVEN LOUDEN, THOMAS MCDANIEL, NATHALIE PORTES-LAVILLE, VINCENT STOQUART, and AUDREY ZIBELMAN, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SUNPOWER CORPORATION, | ) ) |
| Nominal Defendant. | ) ) ) |

STIPULATION AND [~~PROPOSED~~]
ORDER CONSOLIDATING ACTIONS

CASE NOS.:  3:24-cv-00247-RFL
3:24-cv-02799-RFL

1  Plaintiffs Jianping Ma and Ashley Beall in *In re SunPower Corporation Derivative Litigation*, No. 3:24-cv-00247-RFL, Plaintiffs Galen Bradford and Gary Brown in *Bradford, et al. v. Anschuetz, et al.*, No. 3:24-cv-02799-RFL (collectively, with Ma and Beall, "Plaintiffs"), and Nominal Defendant SunPower Corporation ("SunPower") and Defendants Peter Faricy, Guthrie Dundas, Elizabeth Eby, Nathaniel Anschuetz, Jonathan Bram, Jonathan Fieldsend, Vinayak Hegde, Steven Louden, Thomas McDaniel, Nathalie Portes-Laville, Vincent Stoquart, and Audrey Zibelman (together with SunPower, "Defendants") (Defendants and Plaintiffs, the "Parties") jointly submit this stipulation to consolidate the above-captioned related derivative actions, and in support thereof state as follows:

WHEREAS, on October 27, 2023, a securities class action later captioned *In re SunPower Corporation Securities Litigation*, No. 3:23-cv-05544-RFL was filed (the "Securities Class Action");

WHEREAS, on January 12, 2024, a related derivative action captioned *Ma v. Faricy, et al.*, No. 3:24-cv-00247-RFL was filed (the "*Ma* Action");

WHEREAS, on January 18, 2024, a related derivative action captioned *Beall v. Faricy, et al.*, No. 3:24-cv-00302-RFL was filed (the "*Beall* Action");

WHEREAS, on February 22, 2024, the Court consolidated (the "Consolidation Order") the *Ma* Action and the *Beall* Action under the caption *In re SunPower Corporation Derivative Litigation*, No. 3:24-cv-00247-RFL (the "Consolidated Derivative Action") (Consolidated Derivative Action, ECF Nos. 12, 13);

WHEREAS, on March 14, 2024, the Court entered the Stipulation and [Proposed] Order Regarding Case Schedule and Temporary Stay of Action in the Consolidated Derivative Action (the "Stay Order"), which, among other things, stayed the Consolidated Derivative Action pending resolution of the motion to dismiss in the Securities Class Action (Consolidated Derivative Action, ECF No. 16);

WHEREAS, on May 9, 2024, another derivative action captioned *Bradford, et al. v. Anschuetz, et al.*, No. 3:24-cv-02799-RFL was filed (the "*Bradford* Action");

| STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING ACTIONS | -1- | CASE NOS.: 3:24-cv-00247-RFL<br>3:24-cv-02799-RFL |
|---|---|---|

WHEREAS, on June 20, 2024, the Court related the *Bradford* Action to the Consolidated Derivative Action (Consolidated Derivative Action, ECF No. 18);

WHEREAS, the Consolidation Order provides that "Co-Lead Counsel shall move to consolidate into the Consolidated Action (either via stipulation or by administrative motion after meeting and conferring) any related later shareholder derivative actions filed in this Court" (Consolidated Derivative Action, ECF No. 13);

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. The *Bradford* Derivative Action is hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, with the Consolidated Derivative Action.

2. All case management and related deadlines and any other deadlines in the *Bradford* Derivative Action are vacated.

3. The Clerk is directed to close the *Bradford* Derivative Action.

4. For the avoidance of doubt, all provisions of the Consolidation Order and the Stay Order remain in effect.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: June 21, 2024         By: */s/ Katherine L. Henderson*
                                 Katherine L. Henderson

*Attorneys for Defendants and Nominal Defendant*

THE BROWN LAW FIRM, P.C.

Dated: June 21, 2024         By: */s/ Robert C. Moest*
                                 Robert C. Moest, Of Counsel (SBN 62166)
                                 2530 Wilshire Boulevard, Second Floor
                                 Santa Monica, CA 90403
                                 Telephone: (310) 915-6628
                                 Email: RMoest@aol.com

|   |   |
|---|---|
|   | Timothy Brown<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: (516) 922-5427<br>Email: tbrown@thebrownlawfirm.net |
|   | RIGRODSKY LAW, P.A.<br>Timothy J. MacFall<br>Vincent A. Licata<br>825 East Gate Boulevard, Suite 300<br>Garden City, NY 11530<br>Telephone: (516) 683-3516<br>Email: tjm@rl-legal.com<br>vl@rl-legal.com |
|   | *Co-Lead Counsel for Plaintiffs Jianping Ma and Ashley Beall* |
|   | BRAGAR EAGEL & SQUIRE, P.C. |
| Dated: June 21, 2024 | By: */s/ Melissa A. Fortunato*<br>Marion C. Passmore (SBN 228474)<br>Melissa A. Fortunato (SBN 319767)<br>580 California Street, Suite 1200<br>San Francisco, California 94104<br>Telephone: (415) 568-2124<br>Facsimile: (212) 214-0506<br>Email: passmore@bespc.com<br>      fortunato@bespc.com |
|   | *Attorneys for Plaintiffs Galen Bradford and Gary Brown* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 21, 2024

_____
HON. RITA F. LIN
U.S. DISTRICT JUDGE

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)** |

I, Katherine L. Henderson, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 21, 2024             Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Katherine L. Henderson*
Katherine L. Henderson

*Attorneys for Defendants and*
*Nominal Defendant*